# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KEVIN JAMES SULLIVAN**            **PETITIONER**

v.            No. 3:23-cv-104-DPM

**JAZESMINE SANCHEZ,**
Grievance/Compliance Officer,
**Greene County Detention Center**            **RESPONDENT**

## ORDER

Unopposed recommendation, *Doc. 7*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Sullivan's § 2254 petition, *Doc. 1*, will be dismissed without prejudice. Motion, *Doc. 3*, denied as moot. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2023