# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KEVIN JAMES SULLIVAN**                                    **PETITIONER**

v.                          No. 3:23-cv-104-DPM

**JAZESMINE SANCHEZ,**
Grievance/Compliance Officer,
**Greene County Detention Center**                          **RESPONDENT**

## JUDGMENT

Sullivan's § 2254 petition is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2023